**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**HENRY SANTINAC**                                                             **PLAINTIFF**

**v.**                                                   **CASE NO. 1:15-CV-00025-LG-RHW**

**WORLDWIDE LABOR SUPPORT
OF ILLINOIS, INC., and WAYNE A.
COOK, JR.**                                                  **DEFENDANTS**

**DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION TO CONDITIONALLY CERTIFY COLLECTIVE ACTION AND FOR COURT APPROVED NOTICE TO POTENTIAL PLAINTIFFS**

Defendants, Worldwide Labor Support of Illinois, Inc. ("Worldwide") and Wayne A. Cook, Jr. ("Cook") (collectively "Defendants"), hereby submit their Response in Opposition to Plaintiff's Motion to Conditionally Certify Collective Action and for Court Approved Notice to Potential Plaintiffs [Dkt. 11], and respectfully request that Plaintiff's motion be denied. In support of its response, Defendants would show the following:

Plaintiff's second bite at this apple should fail like the first. Plaintiff's affidavit and the declaration of another former employee are insufficient by themselves to meet Plaintiff's burden to demonstrate that Defendants had a common policy or plan to violate the FLSA. Plaintiff's affidavit and the new declaration by a former employee *are both poisoned* with inadmissible hearsay.

Even if the Court were to consider conditionally certifying a collective action, the Court should limit the geographic scope and job classification of the proposed class. Plaintiff's inadequate proof fails to justify an unlimited nationwide class action. Certainly, the Court should substantially limit the proposed notice offered by Plaintiff.

For the reasons set forth in their supporting Memorandum, Worldwide Labor Support of Illinois, Inc. and Wayne A. Cook, Jr. request that this Court deny Plaintiff's Motion to Conditionally Certify Collective Action and for Court Approved Notice to Potential Plaintiffs. Defendants request such other relief as the Court deems just and proper.

DATED: May 5, 2015.

> Respectfully submitted,
>
> **WORLDWIDE LABOR SUPPORT OF ILLINOIS, INC. and WAYNE A. COOK, JR.**
>
> By: /s/ Taylor B. McNeel
> One of Their Attorneys

OF COUNSEL:
BRUNINI, GRANTHAM, GROWER & HEWES, PLLC
STEPHEN J. CARMODY, MSB NO. 8345
The Pinnacle Building, Suite 100
190 E. Capitol Street
P.O. Drawer 119
Jackson, MS  39205-0119
Telephone:  601-948-3101
Facsimile:   601-960-6902
scarmody@brunini.com
TAYLOR B. MCNEEL, MSB NO. 102737
P.O. Box 127
Biloxi, MS  39533-0127
Telephone: 228-435-1198
Facsimile: 228- 435-0639
tmcneel@brunini.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day filed the foregoing document via the Court's ECF System which served a copy upon the following counsel:

>Virginia L. LoCoco, Esq.
>Joseph A. LoCoco, Esq.
>Jacob "Jake" King, Esq.
>LoCoco & LoCoco, P.A.
>virginia.lococo@lococolaw.com
>joe.lococo@lococolaw.com
>jake.king@lococolaw.com
>
>Christopher William Espy, Esq.
>Andrew R. Frisch, Esq.
>MORGAN & MORGAN, P.A.
>cespy@forthepeople.com
>afrisch@forthepeople.com
>
>*Attorneys for Plaintiff*

DATED:  May 5, 2015.

    /s/ Taylor B. McNeel
Attorney for Defendants, Worldwide Labor Support of Illinois, Inc. and Wayne A. Cook, Jr.