**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**HENRY SANTINAC, on behalf of**                                                    **PLAINTIFF**
**himself and those similarly situated**

vs.                                                       **CASE NO.: 1:15-cv-25-LG-RHW**

**WORLDWIDE LABOR SUPPORT of
ILLINOIS, INC., a Mississippi Limited
Liability Company, and WAYNE A.
COOK, Individually**                                                      **DEFENDANTS**

## SUPPLEMENTAL JOINT MOTION FOR APPROVAL OF SETTLEMENT AND TO DISMISS CLAIMS WITH PREJUDICE

**COMES NOW**, Henry Santinac, on behalf of himself and those similarly situated, and Worldwide Labor Support of Illinois, Inc. ("Worldwide") and Wayne A. Cook (collectively referred to as the "Parties"), and submit additional materials, per the Court's Order [Doc. 82], in support of its joint request that this Court to approve the Parties' stipulated settlement of the claims brought under the Fair Labor Standards Act ("FLSA") as set forth in the Confidential Settlement Agreement and attachments thereto to which the Parties and their counsel have agreed and to enter a dismissal of all claims with prejudice. In support of this Supplemental Motion, the Parties submit:

1)     Plaintiff's Retainer Agreement, attached hereto as Exhibit 1; and

2)     Memorandum in Support of the Joint Motion for Approval of Settlement and to Dismiss Claims with Prejudice.

WHEREFORE, for the reasons stated above an in the attached Memorandum in Support, Plaintiffs and Defendants move this Court to approve the settlement of all claims and enter a dismissal with prejudice of said claims.

                                                          Respectfully Submitted,

| | |
|---|---|
| **/s/ ANDREW R. FRISCH**<br>Andrew R. Frisch<br>FL Bar No.: 27777<br>MORGAN & MORGAN, P.A.<br>600 N. Pine Island Road, Suite 400<br>Plantation, FL 33324<br>(954) 318-0268<br>Facsimile: (954) 327-3017<br>E-mail: afrisch@forthepeople.com | **/s/ TAYLOR B. MCNEEL**<br>Taylor B. McNeel, Esquire<br>Brunini, Grantham, Grower & Hewes, PLLC<br>P.O. Box 127<br>Biloxi, MS 39533-0127<br>Telephone: (228) 435-1198<br>Facsimile: (228) 435-0639<br>tmcneel@brunini.com |
| And | And |
| **/s/ CHRISTOPHER W. ESPY**<br>Christopher W. Espy<br>MSB #102424<br>MORGAN & MORGAN, P.A.<br>4450 Old Canton Road, Suite 200<br>Jackson, MS 39211<br>Telephone: (601) 718-2087<br>Facsimile: (601) 718-2102<br>Email: cespy@forthepeople.com<br><br>*Counsel for Plaintiff* | **/s/ STEPHEN J. CARMODY**<br>Stephen J. Carmody, Esquire<br>Brunini, Grantham, Grower & Hewes, PLLC<br>The Pinnacle Building, Suite 100<br>190 E. Capitol Street<br>Jackson, MS 39205-0119<br>Telephone: (601) 948-3101<br>Facsimile: (601) 960-6902<br>scarmody@brunini.com<br><br>*Counsel for Defendants* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of February, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which I understand will send a notice of electronic filing to all Counsel of Record.

**/s/ CHRISTOPHER W. ESPY**
Christopher W. Espy