IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

HENRY SANTINAC, on behalf of himself
and those similarly situated                                                                       PLAINTIFF

v.                                                                         CAUSE NO. 1:15CV25-LG-RHW

WORLDWIDE LABOR SUPPORT OF
ILLINOIS, INC., a Mississippi Limited
Liability Company, and WAYNE A. COOK, JR.                                        DEFENDANTS

## FINAL JUDGMENT

In accordance with the Order entered herewith approving the final settlement of this FLSA action in the amount of $262,514.86 as follows: $175,820.40 to the plaintiffs to be allocated among them as agreed by the parties on Exhibit A to the Release and Settlement Agreement previously submitted to the Court, $82,892.50 in attorneys' fees, and $3,801.96 in costs; and the Court being desirous that this matter be finally closed on its docket;

**IT IS THEREFORE ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE** as to all parties.

**SO ORDERED AND ADJUDGED** this the 23rd day of March, 2017.

*s/ Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE